**Brian D. WEISS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 82090.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 23, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 2003.

Gwenda R. Robinson, St. Louis, MO, for Appellant.

John M. Morris III, Karen L. Kramer, Jefferson City, MO, for Respondent.

Before LAWRENCE G. CRAHAN, P.J., SHERRI B. SULLIVAN, C.J., and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Brian Weiss (hereinafter, "Movant") appeals from the motion court's judgment denying his motion for post-conviction relief pursuant to Rule 29.15 without an evidentiary hearing. First, Movant claims the motion court erred in denying his motion to disqualify the motion court judge because Movant alleges comments made in chambers prior to his sentencing demonstrated the motion court judge's bias toward him. Second, Movant claims his trial counsel denied him effective assistance of counsel by failing to file a motion to disqualify the trial judge at the time these same comments were made.

We have reviewed the briefs of the parties, the legal file, and the transcripts and find the motion's court decision was not clearly erroneous. *White v. State*, 939 S.W.2d 887, 904 (Mo. banc 1997). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided a memorandum opinion, only for the use of the parties, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).